1  duhkimcpl

2  LEONARDO M. RAPADAS
United States Attorney
3  KARON V. JOHNSON
Assistant U.S. Attorney
4  Sirena Plaza Suite 500
108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

AUG 25 2006

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00036 |
|---|---|
| Plaintiff, | ) COMPLAINT |
| vs. | ) ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE |
| DUH WAN KIM, | ) [21 U.S.C. § 841(a)(1) and (b)] |
| Defendant. | ) |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On about August 23, 2006, in the District of Guam, the defendant, DUH WAN KIM, did unlawfully and knowingly attempt to possess with the intent to distribute approximately five hundred (500) grams of methamphetamine hydrochloride "ice", a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b).

COMPLAINANT FURTHER STATES:

I, Marvin Desamito, being a Task Force Agent with the U.S. Drug Enforcement Administration and acting in my official capacity, set forth the following facts:

1. I am a Guam Police Department (GPD) Officer for approximately nine (9) years, and I have been assigned to the U.S. Drug Enforcement Administration (DEA) as a Task Force Agent (TFA) since February 2006. The information contained in this affidavit is based on information

and written reports of law enforcement officers in the course of their official duties.

1. On August 23, 2006, agents of the DEA Guam Resident Office (GRO) were advised by agents of the DEA Seoul Country Office (SCO) that a Korean intelligence confidential source had advised that a suitcase containing approximately 500 grams of methamphetamine had been provided to two undercover couriers at the Incheon International Airport in Korea. The confidential source stated that the couriers had been instructed to deliver the methamphetamine to an unknown individual in Guam. The confidential source identified a Korean national known as Duh Wan KIM (hereinafter KIM) as the facilitator of the delivery who would travel to Guam as well.

2. While being processed by Korean Customs prior to their departure, officials seized approximately 500 grams of methamphetamine from the suitcase being carried by the couriers. The couriers then boarded Korean Airlines flight #807 bound for Guam. SCO agents advised that KIM was also observed boarding the same flight.

3. Upon arriving in Guam, KIM became separated from the couriers and was observed by Guam agents exiting the airport where he met with an unknown male driving a green vehicle. Agents followed KIM to the Royal Orchid Hotel in Tumon, Guam, where he rented room #511.

4. On August 24, 2006, agents observed KIM departing the Royal Orchid Hotel. KIM traveled to the Holiday Resort hotel where he met with the aforementioned couriers in room #843. Prior to KIM's arrival at the Holiday Resort, agents placed false methamphetamine, also known as "sham", into the aforementioned suitcase and provided it to the couriers. KIM subsequently accepted the suitcase and attempted to leave the room at which time KIM was arrested by agents at approximately 5:45 p.m.

5. After being read his Miranda Warning, KIM agreed to speak to agents without counsel present. KIM advised that he had met with an individual identified as Sun Ho PARK (hereinafter PARK) two days prior in Korea who stated he wanted KIM to travel to Guam to meet with two couriers who were carrying a large quantity of methamphetamine. KIM advised

2

that PARK provided him with a roundtrip ticket to Guam and travel funds. Once in Guam, KIM advised he was to contact the couriers and retrieve the methamphetamine. KIM stated he met with the couriers at the Holiday Resort to retrieve the suitcase. KIM was observed by agents examining the contents of the suitcase and shortly thereafter attempted to depart the room.

6. KIM stated that if he had left the hotel room he would have held onto the suitcase and the methamphetamine until such time that PARK arrived on Guam to receive custody of the suitcase. After being shown photographs of other affiliated suspects, KIM requested to speak with an attorney.

Based on the foregoing, I have probable cause to believe that DUH WAN KIM has committed the offense of attempted possession of approximately five hundred (500) grams of methamphetamine hydrochloride with intent to distribute in violation of Title 21, United States Code, Section 841(a)(1) and (b).

DATED this 25th day of August 2006.

MARVIN DESAMITO
Task Force Agent
Drug Enforcement Administration


SWORN AND SUBSCRIBED TO before me on this 25th day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

3