**Criminal Case Cover Sheet**        **U.S. District Court**

**Place of Offense:**
City __Hagåtña__

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number __06-00036__
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__  Matter to be sealed: ___ Yes __X__ No

Defendant Name __DUH WAN KIM__

Alias Name _____

Address _____
        __Korea__

Birthdate __XX-XX-1977__ SS# __None__ Sex __M__ Race __A__ Nationality __Korean__

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

Interpreter: ___ No __X__ Yes  List language and/or dialect: __Korean__

**RECEIVED AUG 25 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date __8/24/2006__

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__  ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) and (b) | Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/25/06__  Signature of AUSA: __Karon V. Johnson__