# UNITED STATES DISTRICT COURT

District of                        GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DUH WAN KIM | **WARRANT FOR ARREST**<br><br>Case Number: CR-06-00036 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to     **DUH WAN KIM**
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    **X** Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)

ATTEMPTED POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

**FILED**
**DISTRICT COURT OF GUAM**
**AUG 25 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

in violation of Title   **21**   United States Code, Section(s)   **841(a)(1) and (b)**

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

**Magistrate Judge**
Title of Issuing Officer

[Signature of Issuing Officer]

**August 25, 2006; Hagatna, Guam**
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

@ U.S. District Court - District of Guam

| DATE RECEIVED<br>8-25-06 | NAME AND TITLE OF ARRESTING OFFICER<br>Paul Griffith<br>Special Agent | SIGNATURE OF ARRESTING OFFICER<br>[Signature] |
|---|---|---|
| DATE OF ARREST<br>8-25-06 | | |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    **DUH WAN KIM**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____