# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00036     DATE: August 25, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 4:17:52 - 4:27:15
CSO: J. McDonald

**APPEARANCES:**
Defendant: Duh Wan Kim     Attorney: Louie J. Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson     U.S. Agent: Marvin Desamito, D.E.A. Task Force Agent
U.S. Probation: Maria Cruz     U.S. Marshal: J. Curry / R. Lumagui / W. Gray
Interpreter: Hee-Jung Won     Language: Korean

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: Louie J. Yanza appointed to represent the defendant.
- Defendant advised of his rights, charges and penalties.
- Preliminary Examination set for: September 1, 2006 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: