FILED
DISTRICT COURT OF GUAM
AUG 25 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**DUH WAN KIM,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 06-00036<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **LOUIE J. YANZA** is appointed to represent the defendant in the above-entitled case.

Dated this 25th day of August, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

**ORIGINAL**