ORIGINAL

duhkimind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 30 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DUH WAN KIM, <br><br> Defendant. | CRIMINAL CASE NO. 06-00036 <br><br> **INDICTMENT** <br><br> **ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE** <br> [21 U.S.C. § 841(a)(1) and (b)] |

THE GRAND JURY CHARGES:

On about August 23, 2006, in the District of Guam, the defendant, DUH WAN KIM, did unlawfully and knowingly attempt to possess with the intent to distribute approximately five

//
//
//
//
//
//

hundred (500) grams net weight of methamphetamine hydrochloride "ice", a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b).

DATED this 30th day of August 2006.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2