# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**DUH WAN KIM**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: **CR-06-00036-001** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **4th FLOOR, U.S. COURTHOUSE**<br>**520 WEST SOLEDAD AVENUE**<br>**HAGATNA, GUAM 96910** | **COURTROOM** |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | **Friday, September 1, 2006 at 10:15 a.m.** |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title **21** United States Code, Section(s) **841(a)(1) and (b)**

Brief description of offense:

**ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**

**FILED**
DISTRICT COURT OF GUAM
SEP -1 2006
MARY L.M. MORAN
CLERK OF COURT

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**August 30, 2006**
Date

ORIGINAL

## RETURN OF SERVICE

Service was made by me on:[1] Date 9/01/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: US Marshals office Hagatna GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  09/01/06
Date

J. Salas
Name of United States Marshal

Clerk Marquez
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.