# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00036          DATE: September 01, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore          Electronically Recorded: 10:32:41-10:33:10;
CSO: J. McDonald                              10:48:42-10:56:44

**APPEARANCES:**

Defendant:  Duh Wan Kim          Attorney:  Louie Yanza

☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson          U.S. Agent:
U.S. Probation: Carleen Borja          U.S. Marshal: G. Perez / C. Marquez
Interpreter: Hee Jung-Won          Language: Korean

**PROCEEDINGS: Initial Appearance and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty.
- Trial set for: November 1, 2006 at 9:30 A.M.
- Defendant detained as previously ordered.

NOTES: