FILED

DISTRICT COURT OF GUAM

OCT 18 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DUH WAN KIM, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On October 18, 2006, the above-named Defendant filed a Motion to Compel Discovery. Counsel for the Government and the Defendant are directed to meet and confer in a good faith effort to eliminate the necessity for hearing the motion or to eliminate as many disputes as possible. If counsel are able to settle their differences, they shall so inform the Court by written stipulation no later than October 24, 2006. However, if counsel are unable to settle their differences, the Court shall hear argument on the motion on Friday, October 27, 2006, at 1:30 p.m. Additionally, if agreement can not be reached, counsel shall formulate a written stipulation specifying separately and with particularity each issue that remains to be determined at the hearing and contentions and points and authorities of each party. Said stipulation shall be filed by 12 noon on October 25, 2006.

///

///

///

ORIGINAL

1    Furthermore, counsel's failure to cooperate in good faith may result in the imposition of

2    sanctions at the discretion of the Court.

3          SO ORDERED this 18th day of October 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States  Magistrate Judge