ORIGINAL

duhkimstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, ) | STIPULATION OF PARTIES |
| ) | CONCERNING DISCOVERY |
| vs. ) | |
| DUH WAN KIM, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Louie Yanza, hereby stipulate that they are unable to agree on the following items requested in defendant's motion for discovery:

1. The names and identities of any confidential informants or cooperating witnesses, unless those informants or witnesses are going to be called in the government's case in chief.

2. Any records concerning plea agreements entered into by any informants or cooperating witnesses who will not be called in the government's case in chief.

The government agrees to provide defendant with all information concerning criminal records, plea agreements, or agreements of immunity with any individuals who will be called as

//

witnesses in the government's case in chief. As well, the government will provide defendant with any Brady materials.

DATED: 10/25/06

_____
LOUIE YANZA
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 10/25/06   By: _____
KARON V. JOHNSON
Assistant U.S. Attorney