Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
**DUH WAN KIM**

**FILED**
DISTRICT COURT OF GUAM

OCT 25 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUH WAN KIM,<br><br>Defendant. | CRIMINAL CASE NO. 06-00036<br><br>**DEFENDANT DUH WAN KIM'S WITNESS LIST** |

Defendant DUH WAN KIM ("KIM"), through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Louie J. Yanza, hereby submits his witness list for trial in the above-entitled action as follows:

1. **SPECIAL AGENT KEN BOWMAN** - Drug Enforcement Agency
2. **ANTONIO M. MARQUEZ** - Drug Enforcement Agency
3. **PARK SUN HO**
4. **DAVID L. TAITANO** - Drug Enforcement Agency
5. **MARVIN DESAMITO** - Drug Enforcement Agency
6. **YONG SIK KIM**

7. **SOUTH KOREAN** – Drug Enforcement Agency

This witness list is not intended to be a complete list of all witnesses to be called at trial, as Defendant KIM reserves his right to call any rebuttal witnesses in addition to any and all persons noted in any reports and documents provided to date by the United States pursuant to discovery, witnesses demonstrated or revealed during trial, and to amend his witness list.

Respectfully submitted this 25th day of October, 2006.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**DUH WAN KIM**

BY: _____
LOUIE J. YANZA