Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
**DUH WAN KIM**



FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, | |
| vs. | [PROPOSED] |
| DUH WAN KIM, | VERDICT FORM |
| Defendant. | |

COMES NOW, Defendant DUH WAN KIM ("KIM") and hereby submits his Proposed Verdict Form for the Court's consideration.

Respectfully submitted this 25th day of October, 2006.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**DUH WAN KIM**

By: _____
LOUIE J. YANZA

1

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, | |
| vs. | VERDICT FORM |
| DUH WAN KIM, | |
| Defendant. | |

We, the Jury, in the above-entitled case unanimously find the Defendant, DUH WAN KIM:

**COUNT ONE:** **ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE** [21 U.S.C. § 841(a)(1) and (b)]

    / /    NOT GUILTY

    / /    GUILTY

Dated this _____ day of _____, 20____, at Hagåtña, Guam.

_____
**FOREMAN**