Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
DUH WAN KIM

**FILED**
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUH WAN KIM,<br><br>Defendant. | CRIMINAL CASE NO. 06-00036<br><br>NATURE OF DEFENSE |

## NATURE OF DEFENSE

1. The Government will not be able to prove every element of the crimes charged beyond a reasonable doubt.

2. The Defendant did not perform the alleged acts complained of.

3. Defendant lacked the requisite *mens rea*.

//

//

ORIGINAL

**NATURE OF DEFENSE**
United States of America v. Duh Wan Kim
U.S. District Court, District of Guam Criminal Case No. 06-00036

4. Entrapment.

Respectfully submitted this 25th day of October, 2006.

                                        MAHER • YANZA • FLYNN • TIMBLIN, LLP
                                        Attorneys for Defendant
                                        **DUH WAN KIM**

                        By: _____
                             LOUIE J. YANZA