Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
DUH WAN KIM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| DUH WAN KIM, | |
| Defendant. | |

I, LOUIE J. YANZA, hereby certify that on the 25th day of October, 2006, I caused a copy of the foregoing documents:

1. Nature of Defense;

2. Defendant Duh Wan Kim's Witness List;

3. Defendant Duh Wan Kim's Proposed Jury Instructions;

4. Defendant Duh Wan Kim's Proposed Jury *Voir Dire* Questions; and

5. Defendant Duh Wan Kim's Proposed Verdict Form.

/ /

1 | to be served upon the party hereto, by either delivering, faxing and/or mailing a copy of
2 | same to its attorney of record, as follows:

Ms. Karon V. Johnson, Assistant U.S. Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the UNITED STATES OF AMERICA**

Respectfully submitted this 25th day of October, 2006.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**DUH WAN KIM**

By: _____
LOUIE J. YANZA