
FILED
DISTRICT COURT OF GUAM
OCT 26 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DUH WAN KIM,<br><br>　　　　Defendant. | Criminal Case No. 06-00036<br><br><br>ORDER |

The trial in this case is presently scheduled for Wednesday, November 1, 2006. All trial documents should have been submitted as of October 26, 2006. To the extent they have not been filed, the parties are to file them immediately. In addition, a final pretrial conference is scheduled for October 31, 2006 at 2:00 p.m.

SO ORDERED this 27th day of October, 2006.

FRANCES M. TYDINGCO-GATEWOOD*
Designated District Judge

---

*The Honorable Frances M. Tydingco-Gatewood, United States District Judge by designation.

ORIGINAL