Kim.wit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

OCT 2 6 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DUH WAN KIM, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00036 <br><br> **UNITED STATES'** <br> **WITNESS LIST** |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 26th day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

WITNESS LIST

1) Kenneth Bowman
   DEA Special Agent, Guam

2) Marvin Desamito
   Guam Police/DEA Task Force Agent

3) Eugene McDonald
   Guam Customs/DEA Task Force Agent

4) Tony Marqeuz
   DEA Resident Agent

5) Kyong Sun Lim
   Investigative Specialist
   Foreign Service Nation
   DEA, Seoul, Korea