duhkimexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 26 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DUH WAN KIM,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 06-00036<br><br>**UNITED STATES'**<br>**EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this  26th  day of October, 2006.

　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　By:　　/s/ Karon V. Johnson
　　　　　　　　　　　　　　　　　KARON V. JOHNSON
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Suitcase | _____ | _____ |
| 2 | Four packages of sham | _____ | _____ |
| 3 | Video of meeting between defendant and couriers in Holiday Resort room # 843 | _____ | _____ |
| 4 | Diagram of surveillance activities | _____ | _____ |

- 1. Suitcase

- 

-

- 2. Four packages of sham

- 3. Video of meeting between defendant and couriers in Holiday Resort Room #843

# 4. Diagram of surveillance activites