duhkimver

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 26 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DUH WAN KIM, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 06-00036 <br><br> **UNITED STATES'** <br> **[PROPOSED]** <br> **VERDICT FORM** |

COMES NOW the United States and provides the proposed Verdict Form for use concerning DUH WAN KIM..

Respectfully submitted this 26th day of October, 2006.

                 LEONARDO M. RAPADAS
                 United States Attorney
                 Districts of Guam and NMI

        By: _____
                 KARON V. JOHNSON
                 Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DUH WAN KIM,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00036<br><br>**VERDICT FORM** |

**ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**

We, the Jury, in the above-entitled cause unanimously find the defendant, DUH WAN KIM, Violation of Title 21, United States Code, Section 841(a)(1), Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute:

    /    /      NOT GUILTY

    /    /      GUILTY


DATED this _____ of November, 2006, at Hagatna, Guam.


_____
FOREPERSON