LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 27 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00036 |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | Re: October 26, 2006 |
| vs. ) | Government's Request for Use |
| ) | Of Court's Equipment |
| DUH WAN KIM, ) | |
| ) | |
| Defendant. ) | |

Through a request by the Government to use the Court's Digital Evidence Presentation System at the trial beginning on November 1, 2006;

**IT IS SO APPROVED AND ORDERED** the 27TH day of October, 2006.

Alex R. Munson
Designated Judge
District of Guam

ORIGINAL

Case 1:06-cr-00036    Document 31    Filed 10/27/2006    Page 1 of 1