Louie J. Yanza
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
**Gov. Joseph Flores Building**
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

**Attorneys for Defendant**
**DUH WAN KIM**



FILED
DISTRICT COURT OF GUAM

OCT 27 2006  npa

MARY M MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| DUH WAN KIM, | |
| Defendant. / | |

I, LOUIE J. YANZA, hereby certify that on the 27th day of October, 2006, I caused a copy of the foregoing documents:

1.  Defendant Duh Wan Kim's Amended Proposed Jury *Voir Dire* Questions; and

2.  Defendant Duh Wan Kim's Amended Proposed Jury Instructions.

to be served upon the party hereto, by either delivering, faxing and/or mailing a copy of same to its attorney of record, as follows:

Ms. Karon V. Johnson, Assistant U.S. Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the UNITED STATES OF AMERICA**

-1-

ORIGINAL

**CERTIFICATE OF SERVICE**
**United States of America v. Duh Wan Kim**
**U.S. District Court of Guam, Criminal Case No. 06-00036**

Respectfully submitted this 27th day of October, 2006.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**DUH WAN KIM**

By: _____
LOUIE J. YANZA

-2-