Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
**DUH WAN KIM**


FILED
DISTRICT COURT OF GUAM
OCT 27 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00036 |
|---|---|
| Plaintiff, | [PROPOSED] |
| vs. | AMENDED VERDICT FORM |
| DUH WAN KIM, | |
| Defendant. | |

COMES NOW, Defendant DUH WAN KIM ("KIM") and hereby submits his Proposed Verdict Form for the Court's consideration.

Respectfully submitted this 27th day of October, 2006.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**DUH WAN KIM**

By: _____
LOUIE J. YANZA

ORIGINAL

1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, | |
| vs. | VERDICT FORM |
| DUH WAN KIM, | |
| Defendant. | |

We, the Jury, in the above-entitled case unanimously find the Defendant, DUH WAN KIM, in violation of Title 21, United States Code, Section 841(a)(1), Attempted Possession of five hundred (500) grams net weight of Methamphetamine Hydrochloride with Intent to Distribute.

/ /  NOT GUILTY

/ /  GUILTY

Dated this _____ day of _____, 20_____, at Hagåtña, Guam.

_____
**FOREMAN**