**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-06-00036  DATE: October 27, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 1:41:00 - 1:55:40
CSO: N. Edrosa

---

**APPEARANCES:**
Defendant: Duh Wan Kim  Attorney: Louie J. Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: None Present  U.S. Marshal: C. Marquez
Interpreter: Dong Hwa Lee  Language: Korean

---

**PROCEEDINGS: Motion to Compel Discovery**
- Motion(s) argued by Defense. Rebuttal argument by the Government.
- Motion(s) denied.
- No further written order will be forthcoming on the Court's ruling.
- The Court reminded counsel that the Final Pretrial Conference is set for: October 31, 2006 at 2:00 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: