# ORIGINAL

duhkimwit2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 3 0 2006 nba

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. <u>06-00036</u> |
| Plaintiff, | |
| vs. | **UNITED STATES' AMENDED WITNESS LIST** |
| DUH WAN KIM, | |
| Defendant. | |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this _27th_ day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

# WITNESS LIST

1) Kenneth Bowman
   DEA Special Agent, Guam

2) Marvin Desamito
   Guam Police/DEA Task Force Agent

3) Eugene McDonald
   Guam Customs/DEA Task Force Agent

4) Tony Marquez
   DEA Resident Agent

5) Kyong Sun Lim
   Investigative Specialist
   Foreign Service Nation
   DEA, Seoul, Korea

6) Barbara Tayama
   ICE Task Force Agent
   Guam Customs Officer

7) David Taitano
   ICE Task Force Agent
   Guam Customs Officer

8) Chris Sablan
   Guam Customs Officer

9) Jeff Palacios
   Guam Customs Officer

- i -