duhkimexh2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 31 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DUH WAN KIM, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00036 <br><br> **UNITED STATES' AMENDED EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this  31st  day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Suitcase | _____ | _____ |
| 2 | Package of sham | _____ | _____ |
| 3 | Video of meeting between defendant and couriers in Holiday Resort room # 843 | _____ | _____ |
| 4 | Photo of suitcase in Korea | _____ | _____ |
| 5 | Photo of open suitcase in Korea | _____ | _____ |
| 6 | Photo of inside of suitcase in Korea | _____ | _____ |
| 7 | Photo of ice concealed in suitcase in Korea | _____ | _____ |
| 8 | Photo of ice in suitcase in Korea | _____ | _____ |
| 9 | Photo of ice being removed from suitcase | _____ | _____ |
| 10 | Photo of packaging in Korea | _____ | _____ |
| 11 | Photo of ice as packaged in Korea | _____ | _____ |