**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**

CASE NO.: CR-06-00036                    DATE: October 31, 2006

HON. FRANCES TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim M. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 2:18:24 - 2:37:36
CSO: J. Lizama / P. Taijeron / J. McDonald

**APPEARANCES:**
Defendant: Duh Wan Kim                     Attorney: Louie Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson               U.S. Agent:
U.S. Probation: None Present               U.S. Marshal: V. Roman
Interpreter: Sung Woo Yoon, sworn          Language: Korean

**PROCEEDINGS: Final Pretrial Conference**
- The Court and parties discussed procedural matters for trial.
- Defendant to remain in custody.

NOTES: The Court instructed Ms. Johnson to file her response to the motion in limine by 8:30 a.m. tomorrow. The Court set the hearing on the motion for November 1, 2006 at 8:45 a.m.