# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-06-00036　　　　　　　　　　　　DATE: November 01, 2006

HON. FRANCES TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim M. Walmsley　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　　Electronically Recorded: 9:23:35 -10:03:12;
CSO: J. McDonald / P. Taijeron / J. Lizama　　　　　　　　　　　　10:18:22 - 10:22:41

**APPEARANCES:**

Defendant: Duh Wan Kim　　　　　　　　　Attorney: Louie Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent: Kenneth Bowman, DEA
U.S. Probation: None Present　　　　　　　U.S. Marshal: V. Roman / S. Lujan
Interpreter: Sung Woo Yoon, previously sworn　　Language: Korean

**PROCEEDINGS: Motion in Limine**
- Motion argued by Government and Defendant.
- Motion <u>denied</u>. The Court stated that it will give a limited instruction. No further written order will be forthcoming.

NOTES: