**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

CASE NO.: CR-06-00036　　　　　　　　　　DATE: November 01, 2006

---

HON. FRANCES TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim M. Walmsley　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:24:06-12:01:30
CSO: J. McDonald / P. Taijeron / J. Lizama　　1:27:37-1:42:35; 1:59:28-3:35:00; 3:55:28-4:39:24

---

**APPEARANCES:**
Defendant: Duh Wan Kim　　　　　　　　Attorney: Louie Yanza
☒ Present ☒ Custody ☐ Bond ☐ P.R.　　☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: Kenneth Bowman, DEA
U.S. Probation: None Present　　　　　　U.S. Marshal: V. Roman / S. Lujan
Interpreter: Sung Woo Yoon, previously sworn　　Language: Korean

---

**PROCEEDINGS: Jury Trial**
- Voir dire begun.
- Voir dire held.
- Jury empaneled and sworn.
- Opening statement by the plaintiff and defendant.
- Witness sworn and examined - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: 11/2/2006 at 12:00 p.m.
- Court instructed jurors to return tomorrow at 11:45 a.m. Court will adjourn at 3:45 p.m.
- The Court instructed the U.S. Marshals Service to bring defendant to Court by 11:00 a.m.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Duh Wan Kim | Case Number: **CR-06-00036** |

| PRESIDING JUDGE<br>**FRANCES TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**LOUIE YANZA** |
|---|---|---|
| HEARING DATE (S)<br>**NOVEMBER 1, 2006** | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**VIRGINIA T. KILGORE** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Kenneth Bowman, called and sworn (3:00)** |
| | | | | | | **DX by Ms. Johnson** |
| | | | | | | Objection by Mr. Yanza as to hearsay. Overruled. |
| | | | | | | 3:34:17 End of DX |
| | | | | | | **10 Minute recess** |
| | | | | | | 3:55:30 Court in session |
| | | | | | | Juror No. 4 Excused; Alternate Juror No. 1 is now Juror No. 4 |
| | | | | | | **4:01:42 CX of Kenneth Bowman by Mr. Yanza** |
| | | A | | | | Report of Investigation (2 pages) |
| | | B | | | | DEA Manual |
| | | | | | | **End of DX 4:22:50** |
| | | | | | | **Witness Excused** |
| | | | | | | **Jurors Excused** |
| | | | | | | Mr. Yanza objected to Mr. Bowman's presence and to exclude him during the testimony of other witnesses. The Court allowed Mr. Bowman to remain in the courtroom and stated her reasons. |
| | | | | | | **4:39:25 End - Day 1** |