# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL

CASE NO.: CR-06-00036                    DATE: November 02, 2006

---

HON. FRANCES TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim M. Walmsley                    Court Reporter: Wanda Miles

Courtroom Deputy: Marilyn B. Alcon            Electronically Recorded: 11:54:34 - 12:56:43;

CSO: J. McDonald / J. Taijeron                                    1:28:33 - 1:36:30

---

**APPEARANCES:**

Defendant: Duh Wan Kim                         Attorney: Louie Yanza

   Present    Custody    Bond    P.R.             Present    Retained    FPD    CJA

U.S. Attorney: Karon Johnson                   U.S. Agent: Kenneth Bowman, DEA

U.S. Probation: None Present                   U.S. Marshal: V. Roman

Interpreter: Sung Woo Yoon, previously sworn   Language: Korean

---

**PROCEEDINGS: JURY TRIAL**

- Day no. 2 of trial.
- Witnesses sworn and examined - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: 11/3/2006 at 1:30 p.m.
- Continued hearing on Motion in Limine and Objection to Translator's Testimony set for: 11/3/2006 at 10:45 a.m.
- Defendant's brief on objection concerning translator's testimony due by 5:00 p.m. today. Government's response due 11/3/2006 at 9:00 a.m.
- Defendant's brief on issues regarding the limiting instruction due 11/3/2006 at 8:15 a.m.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF      **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| **V.** | |
| **Duh Wan Kim** | Case Number: **CR-06-00036** |

| PRESIDING JUDGE<br>**FRANCES TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**LOUIE YANZA** |
|---|---|---|
| HEARING DATE (S)<br>**NOVEMBER 1-2, 2006** | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**VIRGINIA T. KILGORE** |

| JOINT NO. | PLTF. NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Kenneth Bowman, called and sworn (3:00)** |
| | | | | | | **DX by Ms. Johnson** |
| | | | | | | Objection by Mr. Yanza as to hearsay. Overruled. |
| | | | | | | 3:34:17 End of DX |
| | | | | | | **10 Minute recess** |
| | | | | | | 3:55:30 Court in session |
| | | | | | | Juror No. 4 Excused; Alternate Juror No. 1 is now Juror No. 4 |
| | | | | | | **4:01:42 CX of Kenneth Bowman by Mr. Yanza** |
| | | A | | | | Report of Investigation (2 pages) |
| | | B | | | | DEA Manual |
| | | | | | | **End of DX 4:22:50** |
| | | | | | | **Witness Excused** |
| | | | | | | **Jurors Excused** |
| | | | | | | Mr. Yanza objected to Mr. Bowman's presence and to exclude him during the testimony of other witnesses. The Court allowed Mr. Bowman to remain in the courtroom and stated her reasons. |
| | | | | | | **4:39:25 End - Day 1** |
| | | | | | | **NOVEMBER 2, 2006 - DAY 2** |
| | | | | | | **12:04:41 Eugene McDonald, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | The Court gave the limiting instruction to the jurors |
| | 4 | | 11/2/06 | | | Photo of suitcase in Korea |
| | 5 | | 11/2/06 | | | Photo of open suitcase in Korea |
| | 6 | | 11/2/06 | | | Photo of ice inside of suitcase in Korea |
| | 7 | | 11/2/06 | | | Photo of ice concealed in suitcase in Korea |
| | 8 | | 11/2/06 | | | Photo of ice in suitcase in Korea |
| | 9 | | 11/2/06 | | | Photo of ice being removed from suitcase |
| | 10 | | 11/2/06 | | | Photo of packaging in Korea |
| | 11 | | 11/2/06 | | | Photo of ice as packaged in Korea |
| | 12 | | 11/2/06 | | | Eugene McDonald's notes |
| | | | | | | 12:25:23 Witness Excused |
| | | | | | | **12:25:40 Kyong Sun Lim, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | End of DX |
| | | | | | | 12:30:02 CX by Mr. Yanza |
| | | | | | | 12:43:47 Jurors Excused |
| | | | | | | 1:28:33 Court in session |
| | | | | | | 1:36:03 Jurors excused |
| | | | | | | **1:36:30 End Day 2** |