Has the court considered [____] request?

Juror #4

3:45 pm Received by juror

FILED
DISTRICT COURT OF GUAM
NOV -1 2006
MARY L.M. MORAN
CLERK OF COURT