# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-06-00036    DATE: November 03, 2006

HON. FRANCES TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim M. Walmsley    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 10:49:46 - 11:34:45
CSO: J. Lizama / J. McDonald

**APPEARANCES:**

Defendant: Duh Wan Kim    Attorney: Louie Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson    U.S. Agent:
U.S. Probation: None Present    U.S. Marshal: V. Roman
Interpreter: Sung Woo Yoon, previously sworn    Language: Korean

**PROCEEDINGS: Continued Hearing on Motion in Limine and Objection to Translator's Testimony**
- Counsel argued their position on the limiting instructions.
- The Court granted limiting instruction no. 1 as amended by parties and the Court. The Court took limiting instruction no. 2 under advisement. No further written order will be forthcoming.
- Parties stipulated to Mr. Sung Woo Yoon as interpreter.
- The Court granted defense's request to question Agent Lim thoroughly on cross-examination.

NOTES: