CASE NO.: CR-06-00036　　　　　　　　　　DATE: November 03, 2006

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim M. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 1:32:10 - 2:15:00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:21:37 - 3:18:06
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3:36:19 - 4:35:34

CSO: J. McDonald / J. Lizama

**APPEARANCES:**

Defendant: Duh Wan Kim　　　　　　　　　Attorney: Louie Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: Kenneth Bowman, DEA
U.S. Probation: None Present　　　　　　U.S. Marshal: V. Roman
Interpreter: Sung Woo Yoon, previously sworn　　Language: Korean

**PROCEEDINGS: JURY TRIAL**

- Day no. 3 of trial.
- Witnesses sworn and examined - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: <u>11/6/2006 at 8:30 a.m.</u>

NOTES: Juror No. 1 was not present. The Court substituted Juror No. 1 with Alternate Juror.

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| | |
|---|---|
| **United States of America** | **EXHIBIT AND WITNESS LIST** |
| V. | |
| **Duh Wan Kim** | Case Number: **CR-06-00036** |

| PRESIDING JUDGE<br>**FRANCES TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**LOUIE YANZA** |
|---|---|---|
| HEARING DATE (S)<br>**NOVEMBER 1-3, 2006** | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**VIRGINIA T. KILGORE** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Kenneth Bowman, called and sworn (3:00)** |
| | | | | | | **DX by Ms. Johnson** |
| | | | | | | Objection by Mr. Yanza as to hearsay. Overruled. |
| | | | | | | 3:34:17 End of DX |
| | | | | | | **10 Minute recess** |
| | | | | | | 3:55:30 Court in session |
| | | | | | | Juror No. 4 Excused; Alternate Juror No. 1 is now Juror No. 4 |
| | | | | | | **4:01:42 CX of Kenneth Bowman by Mr. Yanza** |
| | | A | | | | Report of Investigation (2 pages) |
| | | B | | | | DEA Manual |
| | | | | | | **End of DX 4:22:50** |
| | | | | | | **Witness Excused** |
| | | | | | | **Jurors Excused** |
| | | | | | | Mr. Yanza objected to Mr. Bowman's presence and to exclude him during the testimony of other witnesses. The Court allowed Mr. Bowman to remain in the courtroom and stated her reasons. |
| | | | | | | **4:39:25 End - Day 1** |
| | | | | | | **NOVEMBER 2, 2006 - DAY 2** |
| | | | | | | **12:04:41 Eugene McDonald, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | The Court gave the limiting instruction to the jurors |
| | 4 | | 11/2/06 | | | Photo of suitcase in Korea |
| | 5 | | 11/2/06 | | | Photo of open suitcase in Korea |
| | 6 | | 11/2/06 | | | Photo of ice inside of suitcase in Korea |
| | 7 | | 11/2/06 | | | Photo of ice concealed in suitcase in Korea |
| | 8 | | 11/2/06 | | | Photo of ice in suitcase in Korea |
| | 9 | | 11/2/06 | | | Photo of ice being removed from suitcase |
| | 10 | | 11/2/06 | | | Photo of packaging in Korea |
| | 11 | | 11/2/06 | | | Photo of ice as packaged in Korea |
| | 12 | | 11/2/06 | | | Eugene McDonald's notes |
| | | | | | | 12:25:23 Witness Excused |
| | | | | | | **12:25:40 Kyong Sun Lim, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | End of DX |
| | | | | | | 12:30:02 CX by Mr. Yanza |
| | | | | | | 12:43:47 Jurors Excused |
| | | | | | | 1:28:33 Court in session |
| | | | | | | 1:36:03 Jurors excused |
| | | | | | | **1:36:30 End Day 2** |
| | | | | | | **NOVEMBER 3, 2006 - DAY 3** |
| | | | | | | **1:37:44 Continued CX of Kyong Sun Lim by Mr. Yanza** |

| PRESIDING JUDGE **FRANCES TYDINGCO-GATEWOOD** | | | | | PLAINTIFF'S ATTORNEY **KARON JOHNSON** | DEFENDANT'S ATTORNEY **LOUIE YANZA** |
|---|---|---|---|---|---|---|
| HEARING DATE (S) **NOVEMBER 1-3, 2006** | | | | | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **VIRGINIA T. KILGORE** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 1:41:32 End of CX |
| | | | | | | **1:42:22 Eugene McDonald, called and sworn** |
| | | | | | | CX by Mr. Yanza |
| | | | | | | End of CX |
| | | | | | | 1:45:56 Re-DX by Ms. Johnson |
| | | | | | | 2:02:39 Jurors excused |
| | | | | | | Continued Re-DX by Ms. Johnson |
| | | | | | | Jurors return |
| | 4-11 | | 11/3/06 | | 11/3/06 | Exhibits 4 through 11 |
| | | | | | | 2:14:54 Jurors excused |
| | | | | | | **2:15:00 Break** |
| | | | | | | 2:21:37 Court in session |
| | | | | | | 2:33:15 Jurors return |
| | | | | | | Court grants Mr. Yanza's objection to Ms. Johnson's last question. Court instructed jurors to strike the last question. |
| | | | | | | 2:36:00 CX by Mr. Yanza |
| | | | | | | 2:51:07 End of CX |
| | | | | | | **2:52: Christopher F. Sablan, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 1 | | | 11/3/06 | | Suitcase |
| | 14 | | | 11/3/06 | | Scale |
| | 15 | | | 11/3/06 | | Vacuum sealer |
| | 17 | | | 11/3/06 | | Rock salt |
| | 19 | | | 11/3/06 | | Tool box |
| | 20 | | | 11/3/06 | | Large roll of plastic |
| | 21 | | | 11/3/06 | | Small roll of plastic |
| | 22 | | | 11/3/06 | | Hot glue gun |
| | 6 | | 11/3/06 | 11/3/06 | 11/3/06 | Photo of ice inside of suitcase in Korea |
| | 7 | | 11/3/06 | 11/3/06 | 11/3/06 | Photo of ice concealed in suitcase in Korea |
| | 8 | | 11/3/06 | 11/3/06 | 11/3/06 | Photo of ice in suitcase in Korea |
| | 9 | | 11/3/06 | 11/3/06 | 11/3/06 | Photo of ice being removed from suitcase |
| | 1 | | 11/3/06 | 11/3/06 | 11/3/06 | Suitcase |
| | 2 | | 11/3/06 | 11/3/06 | 11/3/06 | Package of sham |
| | | | | | | End of DX |
| | | | | | | 3:14:45 CX by Mr. Yanza |
| | | | | | | 3:17:30 Witness Excused |
| | | | | | | **3:17:40 Kyung Sun Lim, called as a witness** |
| | | | | | | **3:18:05 Break** |
| | | | | | | 3:36:19 Court in session |
| | | | | | | DX of Kyung Sun Lim by Ms. Johnson |
| | 13 | | 11/3/06 | 11/3/06 | 11/3/06 | Transcript of recording |
| | | | | | | 4:34:55 Witness Excused |
| | | | | | | **4:36:00 End Day 3** |

Page -2-