ORIGINAL

Kim.verdict

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV - 6 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br><br> vs. <br><br> DUH WAN KIM, <br><br>         Defendant. | CRIMINAL CASE NO. 06-00036 <br><br> **UNITED STATES' AMENDED [PROPOSED] VERDICT FORM** |

COMES NOW the United States and provides an amended Verdict Form for use concerning DUH WAN KIM.. Note, the prior verdict form erroneously cited a violation of Title 21, U.S.C. § 841(a)(1) instead of Title 21, U.S.C. § 846.

Respectfully submitted this 6th day of November, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, ) | |
| vs. ) | |
| DUH WAN KIM, ) | **VERDICT FORM** |
| Defendant. ) | |

**ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**

We, the Jury, in the above-entitled cause unanimously find the defendant, DUH WAN KIM, Violation of Title 21, United States Code, Section 846, Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ of November, 2006, at Hagatna, Guam.

_____
FOREPERSON