
FILED
DISTRICT COURT OF GUAM
NOV - 6 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>**DUH WAN KIM,**<br><br>　　　　Defendant. | CRIMINAL CASE N0. 06-00036<br><br>**JURY NOTE** |

Your Honor,

The jury has not reached a verdict and would like to continue deliberation tomorrow at 8:30am.

Thank you
#6 FOREMAN

Received by: [signature]
Time: 4:27 pm