DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE N0. 06-00036 |
|---|---|
| Plaintiff, | |
| vs. | **JUROR NOTE** |
| **DUH WAN KIM,** | |
| Defendant. | |

Juror's would like to take a break (smoke) - for 10 minutes

They have permission to smoke and relax.

Judge Tydingco-Gatewood

Received by: Virg. T. Kilgore
Time: 11:25 am.

#6
Foreperson