DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00036 |
|---|---|
| Plaintiff, | |
| vs. | **JUROR NOTE** |
| **DUH WAN KIM,** | |
| Defendant. | |

Juror's request a smoke break for 15 minutes.

Your request is approved. Have a nice break.
Judge Sydney -Stewood

Received by: Virgi T. Kilgore
Time: 1:45 pm

#6
Foreperson