**FILED**

DISTRICT COURT OF GUAM

NOV -7 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE N0. 06-00036 |
| Plaintiff, | |
| vs. | **JUROR NOTE** |
| **DUH WAN KIM,** | |
| Defendant. | |

The jury has reached a verdict —

Okay. Thank you. We are going to call the attorneys right now. We will get back to you shortly. Si yu'us maase. Judge (FTB)

_____
#6
Foreperson