ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV -7 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DUH WAN KIM,<br><br>  Defendant. | Criminal Case No. 06-00036<br><br>**VERDICT FORM** |

**YOUR ANSWER TO THE FOLLOWING QUESTIONS MUST BE UNANIMOUS.**

We, the Jury, in the above-entitled case unanimously find the Defendant, with respect to the charge of Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute in violation of Title 21, United States Code, Section 846:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

And we further unanimously find that the amount of methamphetamine hydrochloride defendant intended to possess was __500__ grams.

Dated: November 7, 2006.

_____
FOREPERSON