# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-06-00036　　　　　　　　　　DATE: November 06, 2006

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim M. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 8:36:22 - 10:02:33 |
| | 10:25:28 - 10:44:02 |
| | 11:53:36 - 12:25:03 |
| | 12:43:40 - 1:07:25 |
| | 1:33:37 - 2:40:12 |

CSO: J. Lizama / D. Quinata / L. Ogo / B. Benavente

**APPEARANCES:**

| | |
|---|---|
| Defendant: Duh Wan Kim | Attorney: Louie Yanza |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: Kenneth Bowman, DEA |
| U.S. Probation: None Present | U.S. Marshal: C. Marquez / D. Punzalan |
| Interpreter: Sung Woo Yoon | Language: Korean |

**PROCEEDINGS: JURY TRIAL**

- Day no. 4 of trial.
- Oral motion for a judgment of acquittal by Mr. Yanza. Motion under advisement.
- Witnesses sworn and examined - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Closing Argument by the plaintiff and defendant.
- Jury charged by Court.
- Jury commence deliberation.
- Deliberation continued to: November 7, 2006 at 8:30 A.M.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Duh Wan Kim | Case Number: **CR-06-00036** |

| PRESIDING JUDGE<br>**FRANCES TYDINGCO-GATEWOOD** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**LOUIE YANZA** |
|---|---|---|
| HEARING DATE (S)<br>**NOVEMBER 1-6, 2006** | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**VIRGINIA T. KILGORE** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Kenneth Bowman, called and sworn (3:00)** |
| | | | | | | **DX by Ms. Johnson** |
| | | | | | | Objection by Mr. Yanza as to hearsay. Overruled. |
| | | | | | | 3:34:17 End of DX |
| | | | | | | **10 Minute recess** |
| | | | | | | 3:55:30 Court in session |
| | | | | | | Juror No. 4 Excused; Alternate Juror No. 1 is now Juror No. 4 |
| | | | | | | **4:01:42 CX of Kenneth Bowman by Mr. Yanza** |
| | | A | | | | Report of Investigation (2 pages) |
| | | B | | | | DEA Manual |
| | | | | | | **End of DX 4:22:50** |
| | | | | | | **Witness Excused** |
| | | | | | | **Jurors Excused** |
| | | | | | | Mr. Yanza objected to Mr. Bowman's presence and to exclude him during the testimony of other witnesses. The Court allowed Mr. Bowman to remain in the courtroom and stated her reasons. |
| | | | | | | **4:39:25 End - Day 1** |
| | | | | | | **NOVEMBER 2, 2006 - DAY 2** |
| | | | | | | **12:04:41 Eugene McDonald, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | The Court gave the limiting instruction to the jurors |
| | 4 | | 11/2/06 | | | Photo of suitcase in Korea |
| | 5 | | 11/2/06 | | | Photo of open suitcase in Korea |
| | 6 | | 11/2/06 | | | Photo of ice inside of suitcase in Korea |
| | 7 | | 11/2/06 | | | Photo of ice concealed in suitcase in Korea |
| | 8 | | 11/2/06 | | | Photo of ice in suitcase in Korea |
| | 9 | | 11/2/06 | | | Photo of ice being removed from suitcase |
| | 10 | | 11/2/06 | | | Photo of packaging in Korea |
| | 11 | | 11/2/06 | | | Photo of ice as packaged in Korea |
| | 12 | | 11/2/06 | | | Eugene McDonald's notes |
| | | | | | | 12:25:23 Witness Excused |
| | | | | | | **12:25:40 Kyong Sun Lim, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | End of DX |
| | | | | | | 12:30:02 CX by Mr. Yanza |
| | | | | | | 12:43:47 Jurors Excused |
| | | | | | | 1:28:33 Court in session |
| | | | | | | 1:36:03 Jurors excused |
| | | | | | | **1:36:30 End Day 2** |

Page -1-

| PRESIDING JUDGE **FRANCES TYDINGCO-GATEWOOD** | | | | | PLAINTIFF'S ATTORNEY **KARON JOHNSON** | DEFENDANT'S ATTORNEY **LOUIE YANZA** |
|---|---|---|---|---|---|---|
| HEARING DATE (S) **NOVEMBER 1-6, 2006** | | | | | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **VIRGINIA T. KILGORE** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | **NOVEMBER 3, 2006 - DAY 3** |
| | | | | | | **1:37:44 Continued CX of Kyong Sun Lim by Mr. Yanza** |
| | | | | | | 1:41:32 End of CX |
| | | | | | | **1:42:22 Eugene McDonald, called and sworn** |
| | | | | | | CX by Mr. Yanza |
| | | | | | | End of CX |
| | | | | | | 1:45:56 Re-DX by Ms. Johnson |
| | | | | | | 2:02:39 Jurors excused |
| | | | | | | Continued Re-DX by Ms. Johnson |
| | | | | | | Jurors return |
| | 4-11 | | 11/3/06 | | 11/3/06 | Exhibits 4 through 11 |
| | | | | | | 2:14:54 Jurors excused |
| | | | | | | **2:15:00 Break** |
| | | | | | | 2:21:37 Court in session |
| | | | | | | 2:33:15 Jurors return |
| | | | | | | Court grants Mr. Yanza's objection to Ms. Johnson's last question. Court instructed jurors to strike the last question. |
| | | | | | | 2:36:00 CX by Mr. Yanza |
| | | | | | | 2:51:07 End of CX |
| | | | | | | **2:52: Christopher F. Sablan, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 1 | | | 11/3/06 | | Suitcase |
| | 14 | | | 11/3/06 | | Scale |
| | 15 | | | 11/3/06 | | Vacuum sealer |
| | 17 | | | 11/3/06 | | Rock salt |
| | 19 | | | 11/3/06 | | Tool box |
| | 20 | | | 11/3/06 | | Large roll of plastic |
| | 21 | | | 11/3/06 | | Small roll of plastic |
| | 22 | | | 11/3/06 | | Hot glue gun |
| | 6 | | 11/3/06 | 11/3/06 | 11/3/06 | Photo of ice inside of suitcase in Korea |
| | 7 | | 11/3/06 | 11/3/06 | 11/3/06 | Photo of ice concealed in suitcase in Korea |
| | 8 | | 11/3/06 | 11/3/06 | 11/3/06 | Photo of ice in suitcase in Korea |
| | 9 | | 11/3/06 | 11/3/06 | 11/3/06 | Photo of ice being removed from suitcase |
| | 1 | | 11/3/06 | 11/3/06 | 11/3/06 | Suitcase |
| | 2 | | 11/3/06 | 11/3/06 | 11/3/06 | Package of sham |
| | | | | | | End of DX |
| | | | | | | 3:14:45 CX by Mr. Yanza |
| | | | | | | 3:17:30 Witness Excused |
| | | | | | | **3:17:40 Kyung Sun Lim, called as a witness** |
| | | | | | | **3:18:05 Break** |
| | | | | | | 3:36:19 Court in session |
| | | | | | | DX of Kyung Sun Lim by Ms. Johnson |
| | 13 | | 11/3/06 | 11/3/06 | 11/3/06 | Transcript of recording |
| | | | | | | 4:34:55 Witness Excused |
| | | | | | | **4:36:00 End Day 3** |
| | | | | | | **November 6, 2006 - Day 4** |
| | | | | | | 8:36:50 Continued DX of Kyung Sun Lim by Ms. Johnson |
| | | | | | | Mr. Yanza moved to strike Agent Lim's testimony. Denied. |
| | | | | | | **8:46:38 CX of Kyung Sun Lim by Mr. Yanza** |
| | | | | | | 9:04:52 Re-DX by Ms. Johnson |
| | 16 | | 11/6/06 | 11/6/06 | 11/6/06 | Cell phone record of Duh Wan Kim. Objection by Mr. Yanza. Overruled. |
| | | | | | | 9:09:53 Witness Excused |
| | | | | | | **9:10:12 Marvin Desamito, called and sworn** |

Page -2-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 2 | | 11/3/06 | 11/3/06 | 11/3/06 | Package of sham |
| | 3 | | 11/6/06 | 11/6/06 | 11/6/06 | Video of meeting between defendant and couriers in Holiday Resort Room #843 |
| | | | | | | **10:02:33 Break** |
| | | | | | | 10:25:28 Court in session |
| | | | | | | Mr. Yanza argues his position regarding Agent McDonald's testimony |
| | | | | | | 10:44:02 Court in recess until 11:45 a.m. |
| | | | | | | 11:53:36 Court in session |
| | | | | | | **12:00 Continued DX of Marvin Desamito** |
| | | | | | | 12:01:15 CX by Mr. Yanza |
| | | | | | | 12:05:12 Witness Excused |
| | | | | | | Government rests |
| | | | | | | Motion for Judgment of Acquittal by Mr. Yanza |
| | | | | | | Defense rests |
| | | | | | | **12:25:03 Break** |
| | | | | | | 12:43:40 Court in session |
| | | | | | | Court ruled on the alleged discovery violation re Exhibit 16. Court found that there was no violation and stated its reasons. |
| | | | | | | **1:07:25 Break** |
| | | | | | | 1:33:37 Court in session |
| 18 | | | 11/6/06 | 11/6/06 | 11/6/06 | Stipulation read by Ms. Johnson |
| | | | | | | *1:35:05 Closing Argument by Ms. Johnson* |
| | | | | | | *1:55:37 Closing Argument by Mr. Yanza* |
| | | | | | | *2:18:38 Rebuttal Argument by Ms. Johnson* |
| | | | | | | **2:40:12 Court Adjourned** |