**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
TRIAL**

CASE NO.: CR-06-00036  DATE: November 07, 2006

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim M. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 2:32:33 - 2:39:25
CSO: D. Quinata / J. Lizama

**APPEARANCES:**
Defendant: Duh Wan Kim  Attorney: Louie Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: D. Punzalan
Interpreter: Sung Woo Yoon, previously sworn  Language: Korean

**PROCEEDINGS: JURY TRIAL**
- Day no. 5 of trial.
- Jury returns verdict at 2:32 p.m.
- Jury verdict: Guilty.
- Jury polled.
- Jury discharged.
- Sentencing set for: 2/26/2007 at 9:00 a.m.
- Presentence investigation report due to parties by 1/2/2007.
- Presentence investigation report due to Court by 2/1/2007.
- Defendant's brief on motion for judgment of acquittal due 11/21/2006.
- Government's opposition due by 11/28/2006.
- Defendant's reply brief due by 12/5/2006.

NOTES: