

FILED
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DUH WAN KIM,<br><br>    Defendant. | Criminal Case No. 06-00036<br><br>ORDER |

This matter is before the court on the Defendant's Motion for Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure Rule 29(c). The court is in receipt of the government's response and notes that with the exception of one case cited, the government has failed to provide any authority for its propositions and/or argument. Accordingly, the government is hereby ordered to file a supplemental response wherein its argument is properly supported by law. The response shall be filed by December 1, 2006.

IT IS SO ORDERED, this 27th day of November, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

**ORIGINAL**