ORIGINAL

duhkimmot

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DUH WAN KIM,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 06-00036<br><br>**MOTION FOR CONTINUANCE OF FILING SUPPLEMENTAL RESPONSE** |

COMES NOW the United States of America, by and through its undersigned counsel, and hereby requests for a continuance for filing its supplemental response to Defendant's Motion for Judgment of Acquittal. Assistant U.S. Attorney Karon Johnson is currently off-island and will return on December 4, 2006. We ask for a continuance until December 7, 2006.

Respectfully submitted this 28th day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney