Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
**DUH WAN KIM**

FILED
DISTRICT COURT OF GUAM
NOV 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUH WAN KIM,<br><br>Defendant. | CRIMINAL CASE NO. 06-00036<br><br>OPPOSITION TO GOVERNMENT'S MOTION FOR CONTINUANCE OF FILING SUPPLEMENTAL RESPONSE; CERTIFICATE OF SERVICE |

The Government has not shown any good cause for a continuance. General Rule, Rule 6.1 of the U.S. District Court of Guam, Local Rules of Practice, provides that continuances can only be granted if the Court is satisfied that counsel prepares the case with diligence and additional time is required to comply with the rules. GR 6.1. The Plaintiff is represented by the Office of the United States Attorney, which office is quite capable of filing its Supplemental Response by the Court-imposed deadline of December 1, 2006. The matter at issue involves Defendant's life and liberty and any delay would only serve to unduly prejudice Defendant, as the instant Rule 29 issue needs to be addressed by the Court. This is the second opportunity afforded by the Court to the

| | |
|---|---|
| 1 | Government to file a response. <u>See</u>, Order filed on November 27, 2006. Therefore, |
| 2 | Defendant opposes any continuance and respectfully requests that the Court deny the |
| 3 | Government's motion to extend time to file its Supplemental Memorandum to Defendant |
| 4 | Rule 29 Motion for Directed Verdict. |
| 5 | Respectfully submitted this 29th day of November, 2006. |


1  Government to file a response. See, Order filed on November 27, 2006. Therefore,
2  Defendant opposes any continuance and respectfully requests that the Court deny the
3  Government's motion to extend time to file its Supplemental Memorandum to Defendant
4  Rule 29 Motion for Directed Verdict.
5    Respectfully submitted this 29th day of November, 2006.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**DUH WAN KIM**

By: _/s/ LOUIE J. YANZA_

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before November 29, 2006, I caused to be sent by personal service or by facsimile a copy of the annexed **Opposition to Government's Motion for Continuance of Filing Supplemental Response; Certificate of Service**, to the following party at his place of business:

Jeffrey J. Strand, First Assistant U.S. Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
Counsel for the **UNITED STATES OF AMERICA**

Respectfully submitted this 29th day of November, 2006.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**DUH WAN KIM**

By: _____
LOUIE J. YANZA