LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, | |
| vs. | **ORDER FOR CONTINUANCE** |
| DUH WAN KIM, | |
| Defendant. | |

**IT IS SO ORDERED** that the government's motion for continuance is granted.

Accordingly, the government is hereby ordered to submit their supplemental response by December 7, 2006 and the defendant has until December 11 to file his reply.

11-29-06
DATE

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

**ORIGINAL**