FILED
DISTRICT COURT OF GUAM
DEC -5 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DUH WAN KIM,<br><br>　　　　Defendant. | Criminal Case No. 06-00036<br><br>**ORDER RE: HEARING** |

This matter is before the court on the Defendant's Motion for Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure Rule 29(c). The court hereby set this motion for hearing on Wednesday, December 20, 2006, at 10:30 a.m.

So ORDERED this 5th day of December, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL