Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
**DUH WAN KIM**

**FILED**
DISTRICT COURT OF GUAM
DEC - 7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00036 |
| Plaintiff, | |
| vs. | DECLARATION OF LOUIE J. YANZA IN SUPPORT OF DEFENDANT'S RULE 29 MOTION FOR DIRECTED VERDICT |
| DUH WAN KIM, | |
| Defendant. | |

I, LOUIE J. YANZA, hereby declare:

1. I am an attorney licensed to practice in the territory of Guam.

2. I am the court-appointed attorney for Defendant DUH WAN KIM ("KIM") in the above-entitled case.

3. On November 2, 2006, after the guilty verdict was read by the jury, myself and the translator, Mr. Sung Yoon, were talking in the parking lot of the U.S. District Court of Guam.

4. While in the parking lot, we met with the jury foreperson, Mr. Reuel C. Drilon. During our conversations with Mr. Drilon, I asked him what

evidence was it that made him and the other jurors unanimously find that the weight of the methamphetamine was 500 grams.

5. Mr. Drilon responded that the pictures (Exhibits 4-11) were used to determine the weight.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Hagåtña, Guam, this 7th day of December, 2006.



LOUIE J. YANZA