Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone:   (671) 477-7059
Facsimile:   (671) 472-5487

**Attorneys for Defendant
DUH WAN KIM**

**FILED**
DISTRICT COURT OF GUAM

DEC - 7 2006

**MARY L.M. MORAN
CLERK OF COURT**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,

**CRIMINAL CASE NO. 06-00036**

                    Plaintiff,

**CERTIFICATE OF SERVICE**

        vs.

**DUH WAN KIM,**

                    Defendant.        /

        I, LOUIE J. YANZA, hereby certify that on the 7th day of December, 2006, I caused

a copy of the foregoing documents:

    1.  Defendant's Reply in Support of Rule 29 Motion for Directed Verdict; and

    2.  Declaration of Louie J. Yanza in Support of Defendant's Rule 29 Motion for Directed

        Verdict.

to be served upon the party hereto, by either delivering, faxing and/or mailing a copy of

same to its attorney of record, as follows:

Ms. Karon V. Johnson, Assistant U.S. Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
**Counsel for the UNITED STATES OF AMERICA**

-1-

ORIGINAL

**CERTIFICATE OF SERVICE**
**United States of America v. Duh Wan Kim**
**U.S. District Court of Guam, Criminal Case No. 06-00036**

Respectfully submitted this 7th day of December, 2006.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**DUH WAN KIM**

By: _____
LOUIE J. YANZA

-2-