

**FILED**
DISTRICT COURT OF GUAM

DEC 12 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUH WAN KIM,<br><br>Defendant. | Criminal Case No. 06-00036<br><br><br><br>ORDER |

This matter is before the court on the Defendant's Motion for Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure Rule 29(c). The court is concerned about counsel's representation that the jury may have relied upon evidence for improper purposes. The parties are to brief what weight the court can give to counsel's representation on this matter and whether it is proper for the court to inquire into the jury's deliberative process and to what extent, if any, it is appropriate to do so. Defendant's brief is due December 15, 2006. The government's response is due on December 20, 2006 and Defendant's reply is due on December 22, 2006. The hearing on this matter is rescheduled to December 28, 2006 at 9:30 a.m.

IT IS SO ORDERED, this ___ day of December, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL