# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-06-00036-001　　　　　　　　　DATE: December 28, 2006

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim M. Walmsley　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 9:30:12 - 10:27:04
CSO: B. Pereda

---

**APPEARANCES:**
Defendant: Duh Wan Kim　　　　　　　　　Attorney: Louie Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: Ken Bowman, D.E.A.
U.S. Probation: Maria Cruz　　　　　　　U.S. Marshal: C. Marquez / D. Punzalan
Interpreter: Sung Woo Yoon　　　　　　　Language: Korean

---

**PROCEEDINGS: Motion for Judgment of Acquittal**
- Motion argued by Defense. Rebuttal argument by Government.
- Motion taken under advisement.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: