ORIGINAL

1  duhkimpsr

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza.
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

JAN 17 2007

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00036 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| DUH WAN KIM, | ) |
| Defendant. | ) |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 16th day of January 2007.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: /s/ Karon V. Johnson
      KARON V. JOHNSON
      Assistant U.S. Attorney