DWKim.ESR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUH WAN KIM,<br><br>Defendant. | CRIMINAL CASE NO. 06-00036<br><br>**UNITED STATES EXHIBIT TO<br>SUPPLEMENT THE RECORD** |

COMES NOW the United States of America, by and through undersigned counsel, and hereby files Exhibit B, to supplement the United States' Response to Defendant's Objections to the Presentence Report filed January 23, 2007. This document is a report written by FSN IA Kyong Sun Lim, concerning statements made by the two principal members of the Korean drug organization of which defendant is a member, Man Kwan LEE and Chong Ho CHOI. As the report indicates, Lee admitted that Choi and the defendant worked for him, and that he was responsible for the .5 kilos of ice which the group intended to send to Guam. Choi admitted that

\\
\\
\\

-1-

he had delivered the .5 kilos to defendant for the couriers to carry into Guam. He admitted that after defendant retrieved the suitcase, defendant was supposed to deliver it to Young Sik Kim.

Respectfully submitted this __13th__ day of February, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

-2-

Case 1:06-cr-00036   Document 87   Filed 02/13/2007   Page 2 of 4

# U.S. Department of Justice
## Drug Enforcement Administration

## REPORT OF INVESTIGATION
Page 1 of 2

| 1. Program Code | 2. Cross File  Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: FSN IA Kyong Sun Lim  At: Seoul Country Office | ☒ | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  02/08/07 | |
| 9. Other Officers: SA Glenn Moore (SCO), Korean NIS Agent Lee, Jung Hun, Seoul Central District Prosecutors Office Park, Young Ki ||||
| 10. Report Re: Post Arrest interview Information of Two Defendants by the Korean Prosecutors Office ||||

## DETAILS

1. Reference is made to all the information provided to Foreign Service National (FSN) Investigative Assistant (IA) Kyong Sun Lim by the Korean National Intelligence Service (NIS), Agent Lee, Jung Hun during the operation in Guam.

2. On 08-24-2006, after the arrest of KIM, Doo Hwan by DEA Agents from the Guam RO, Korean National Intelligence Service (NIS) Agent Lee, Jung Hun immediately notified investigators at Seoul Central District Prosecutors Office (SCDPO) of KIM's arrest. At approximately 10:00 PM, 08-24-2006, Agent Lee advised IA Lim that CHOI, Chong Ho had been arrested by investigators from the Seoul Central District Prosecutors Office. According to Agent Lee, CHOI stated that he provided the methamphetamine (Exhibit #1) to KIM, Doo Hwan in Korea to be transported to Guam by two couriers and KIM was to meet the couriers at their hotel room and retrieve the suit case containing the methamphetamine and deliver it to KIM, Young Sik, the recipient in Guam.

3. Agent Lee advised that CHOI also worked under another Korean National identified as LEE, Man Kwan, whom also directed KIM, Doo Hwan. CHOI advised that LEE, Man Kwan knew the source of supply was in Qingdao, China.

4. Later that evening at approximately 11:30 PM, Agent Lee advised IA

| 11. Distribution:  Division WL, RB  District  Other SARI | 12. Signature (Agent)  FSN IA Kyong Sun Lim | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)  Troy A. Derby  Country Attache | 15. Date |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

Exhibit B

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

REPORT OF INVESTIGATION
(Continuation)

1. File No.
2. G-DEP Identifier
3. File Title
4. Page 2 of 2
5. Program Code
6. Date Prepared 02/08/07

Lim that the SCDPO also arrested LEE, Man Kwan. Agent Lee further advised that during a post arrest interview, LEE stated that KIM, Doo Hwan and CHOI worked for him and he was the source of supply responsible for this methamphetamine shipment.

5. On 02-08-2007, IA Lim telephonically contacted Senior Investigator Park, Young Ki at SCDPO in an effort to verify the information provided to IA Lim by Agent Lee during the operation in Guam regarding the post arrest interview of defendants CHOI, Chong Ho and LEE, Man Kwan. Senior Investigator Park stated that he has provided the same information to NIS Agent Lee as was provided to IA Lim.

**INDEXING**



DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition dated 8/94 may be used.

Case 1:06-cr-00036  Document 87  Filed 02/13/2007  Page 4 of 4