LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

FEB 23 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DUH WAN KIM,<br><br>        Defendant. | CRIMINAL CASE NO. 06-00036<br><br>**STIPULATION OF PARTIES TO CONTINUE SENTENCING** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Louie J. Yanza, hereby stipulate to continue the sentencing in this matter, currently set for Monday, February 26, 2007, at 9 a.m. The parties make this stipulation for the reason that the government prosecutor has been approved attend the Asset Forfeiture Chief's Conference in Columbia, South Carolina, from February 28 through March 1, 2007. Given the difficulty in arranging flights off Guam, counsel must leave Guam no later than the morning of February 26. In addition, counsel will be Stateside until March 14, 2007, due to the Ninth Circuit having scheduled oral argument in United States v. Duane Calvo, C.A. 06-10118, on March 12 in

//
//

ORIGINAL

| | |
|---|---|
| 1 | San Francisco. Accordingly, the parties ask that sentencing be continued to March 15, or a date |
| 2 | thereafter as may be convenient to the court's schedule. |
| 3 | SO STIPULATED. |

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and CNMI

DATE: 2/22/07       By: _____
                KARON V. JOHNSON
                Assistant U.S. Attorney

DATE: 2/22/07       _____
                LOUIE J. YANZA
                Federal Public Defender
                Attorney for Defendant