LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.06-00036 |
| Plaintiff. | |
| vs. | **O R D E R**<br>**Re: Stipulation of Parties to Continue Sentencing** |
| DUH WAN KIM, | |
| Defendant. | |

Through a stipulation to continue sentencing hearing having come before this Honorable Court and the Court finding good cause for the issuance of the order;

**IT IS SO ORDERED** that the sentencing hearing currently scheduled for February 26, 2007, is hereby rescheduled to March 19, 2007 at 9:30 a.m.

**SO ORDERED** this 23rd day of February, 2007.

/s/ Hon. Frances M. Tydingco-Gatewood
Chief Judge