HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for Defendant

FILED
DISTRICT COURT OF GUAM
MAR -9 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06-00036 |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| vs. | |
| DUH WAN KIM, | |
| Defendant. | |

      Duh Wan Kim, Defendant herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as his retained attorney of record in the above-entitled proceeding in the place and stead of Louie J. Yanza, Esq., his court-appointed attorney of record in the above-entitled proceeding, each of the undersigned consenting hereto.

      Dated at Hagåtña, Guam, this 7th day of March, 2007.

_____
DUH WAN KIM
Defendant

_____
LOUIE J. YANZA
Withdrawing attorney for
Defendant
MAR 0 8 2007

_____
HOWARD TRAPP
Substituting attorney for
Defendant

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 9, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2007, at Hagåtña, Guam.

REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 9, 2007, I served the document to which this declaration is annexed on Carleen G. Borja, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2007, at Hagåtña, Guam.

REINA Y. URBIEN