(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

**FILED**
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

### DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 06-00036 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| DUH WAN KIM, | ( | |
| Defendant. | ( | |

Duh Wan Kim, Defendant, Louie J. Yanza, Esq., withdrawing attorney for Defendant, and Howard Trapp Incorporated, Howard Trapp, Esq., substituting attorney for Defendant, having consented hereto, and the Court being fully advised,

IT IS ORDERED that Howard Trapp Incorporated, Howard Trapp, Esq., is substituted as Defendant's retained attorney of record in the above-entitled proceeding in the place and stead of Louie J. Yanza, Esq., his court-appointed attorney of record, in the above-entitled proceeding.

Dated at Hagåtña, Guam, this 12th day of March, 2007.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

(DOCUMENT\SubAtty.ORDER.DWKim)

**ORIGINAL**