(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

**FILED**
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

-------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 06-00036 |
| | ) | |
| Plaintiff, | ( | STIPULATION |
| | ) | |
| vs. | ( | |
| | ) | |
| DUH WAN KIM, | ( | |
| | ) | |
| Defendant. | ( | |

-------------

It is stipulated that sentencing, heretofore set for March 19, 2007 at 9:30 A.M., be continued for at least 35 days. The reasons for this stipulation is that Defendant has just substituted Howard Trapp as his retained attorney of record in the place and stead of his court-appointed attorney of record and that Mr. Trapp represents to the Court that such continuance is necessary for him to prepare adequately.

Dated at Hagåtña, Guam, this 12th day of March, 2007.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Doc\Stip\ContSent.DWKim)

ORIGINAL