(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant


FILED
DISTRICT COURT OF GUAM
APR 11 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 06-00036 |
| Plaintiff, | ( ) | STIPULATION |
| vs. | ( ) | |
| DUH WAN KIM, | ( ) | |
| Defendant. | ( | |

------------

It is stipulated that sentencing, heretofore set for March 19, 2007, at 9:30 A.M., be continued to May 25, 28, or 29, 2007. The reasons for this stipulation are that in order to prepare for and represent Defendant at sentencing, the attorney for Defendant requires the assistance of a certain member of Defendant's family; that such family member is a professional Korean-English interpreter; that such family member will not be on Guam until on or about May 20, 2007; and that the attorney for Defendant represents to the Court that such continuance is necessary for him to prepare adequately.

Dated at Hagåtña, Guam, this 10th day of April, 2007.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Doc\Stip\ContSent.DWKim)

ORIGINAL