(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 06-00036 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| DUH WAN KIM, | ( | |
| | ) | |
| Defendant. | ( | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the sentencing, heretofore set for April 19, 2007, at 9:30 A.M., is continued to June 14, 2007, at 10:30 A.M.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Apr 12, 2007**