(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM
MAY 23 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

-------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 06-00036 |
| Plaintiff, | ( | STIPULATION |
| vs. | ( | |
| DUH WAN KIM, | ( | |
| Defendant. | ( | |

-------------

It is stipulated that sentencing, heretofore set for June 14, 2007, be continued for at least 10 days. The reason for this stipulation is that the attorney for Defendant will be off-island from June 2 to the evening of June 12, 2007. (Among other things, the attorney for Defendant is scheduled to appear before the United States Court of Appeals for the Ninth Circuit in Honolulu, Hawaii, on June 4, 2007.) The attorney for Defendant represents to the Court that such continuance is necessary for him to prepare adequately.

Dated at Hagåtña, Guam, this 22nd day of May, 2007.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Doc\Stip\ContSent.DWKim)

ORIGINAL