(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

# DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 06-00036 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| DUH WAN KIM, | ( | |
| Defendant. | ( | |

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the sentencing, heretofore set for June 14, 2007, at 10:30 A.M., is continued to June 25, 2007, at 1:30 P.M.



/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: May 29, 2007**