HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM
JUN 19 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 06-00036 |
| Plaintiff, | ( ) | SENTENCING MEMORANDUM |
| vs. | ( ) | |
| DUH WAN KIM, | ( ) | |
| Defendant. | ( ) | |

I

The government argues that Defendant does not meet the criteria set forth in U.S.S.G. § 5C1.2 (Limitation on Applicability of Statutory Minimum Sentences in Certain Cases) or U.S.S.G. § 3B1.2 (Mitigating Role). (United States' Response to Defendant's Objections to the Presentence Report *passim* (filed Jan. 23, 2007).) The argument, however, is based on hearsay: "The government will introduce Exhibit A at sentencing, and hopes to have further reports concerning

(Sentencing Memorandum)
Criminal Case No. 06-00036

subsequent actions taken by the Korean authorities as a result of these arrests. Such reports, obviously, are hearsay." (United States' Response to Defendant's Objections to Presentence Report 3 (filed Jan. 23, 2007).) And this resort to hearsay is in spite of the Court's admonition that

> it would be the preference of this court for the government to present a more solid case and that missing witnesses, for example, in this case, the agents in Korea who actually took possession of the luggage with the drugs in it, be brought to court to testify. While the court finds there was enough evidence to go to the jury in this instance, the court also finds the government presented a minimal case and that the prosecution was less than vigorous.

(Order re: Motion for Judgment of Acquittal 10 n.4 (filed Feb.14, 2007).)

II

Defendant was substantially less culpable than the average participant. The government concedes "that the *main organizers* of this venture were Man Kwan LEE and Chong Ho CHOI, who were arrested at the same time as was the defendant on Guam." (United States' Response to Defendant's Objections to Presentence Report 2 (filed Jan. 23, 2007)(emphasis added).) "[A] defendant who is convicted of a drug trafficking offense, whose role in that offense was limited to

2

(Sentencing Memorandum)
Criminal Case No. 06-00036

transporting . . . drugs and who is accountable under § 1B1.3 only for the quantity of drugs the defendant personally transported . . . is not precluded from consideration for an adjustment under this guideline." (U.S.S.G. § 3B1.1, comment. (n.3(A).)

III

"[D]istrict courts must . . . view the Guidelines as advisory, and sentence with discretion to go outside the Guidelines range, while considering the purposes of sentencing under 18 U.S.C. § 3553(a)." (*United States v. Plouffe*, 445 F.3d 1126, 1130 (9th Cir. 2005)(citation omitted), *cert. denied*, 125 S.Ct. 2314 (2006).)

Dated, Hagåtña, Guam,

June 19, 2007.

Respectfully submitted,

/s/ Howard Trapp
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Documents/SentMemo.DWKim)

3

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on June 19, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2007, at Hagåtña, Guam.

_____
REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on June 19, 2007, I served the document to which this declaration is annexed on Carleen G. Borja, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2007, at Hagåtña, Guam.

_____
REINA Y. URBIEN