# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-06-00036-001　　　　　　　　　　　DATE: June 25, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 1:42:25 - 1:48:09
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:04:04 - 3:17:20

CSO: F. Tenorio

---

**APPEARANCES:**

Defendant: Duh Wan Kim　　　　　　　　　Attorney: Howard Trapp
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: Ken Bowman, D.E.A.
U.S. Probation: Carleen Borja　　　　　　U.S. Marshal: T. Muna / F. Taitague
Interpreter: Sung Woo Yoon　　　　　　　Language: Korean

---

**PROCEEDINGS: Sentencing**
- Proceedings continued to: June 27, 2007 at 3:00 p.m.

NOTES: