(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM

JUN 26 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 06-00036 |
| Plaintiff, | ( | MEMORANDUM |
| vs. | ( | |
| DUH WAN KIM, | ( | |
| Defendant. | ( | |

----------

The government asked "why nobody has mentioned the Supreme Court case decided two days ago" or words to that effect.

One reason why the attorney for Defendant had not mentioned the case was that he did not know of it.

If the attorney for Defendant had known of the case, he still would not have mentioned it, because it is inapposite.

"[T]he presumption [that a sentence imposed within a properly calculated Guidelines range is reasonable] is an *appellate* court presumption. . . . [T]he presumption applies only on appellate review. . . . [T]he sentencing court does not enjoy the benefit of a legal presumption that the Guidelines sentence should

**ORIGINAL**

(MEMORANDUM)
Criminal Case No. 06-00036

apply." (*Rita v. United States*, No. 06-5754, 2007 WL 1772146, at *9 (U.S. June 21, 2007).)

    Dated, Hagåtña, Guam,

        June 26, 2007.

                            Respectfully submitted,

                            HOWARD TRAPP
                            For HOWARD TRAPP INCORPORATED
                            Attorney for Defendant

(Doc\Memo.DWKim)

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on June 26, 2007, I served the document to which this declaration is annexed on Karon V. Johnson, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2007, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ

## DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on June 26, 2007, I served the document to which this declaration is annexed on Carleen G. Borja, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2007, at Hagåtña, Guam.

*(signature)*

CHARLENE C. CRUZ