# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

| | |
|---|---|
| CASE NO.: CR-06-00036-001 | DATE: June 27, 2007 |

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**
Law Clerk: Kim R. Walmsley        Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 3:16:57 - 3:41:45
CSO: D. Quinata

**APPEARANCES:**
Defendant: Duh Wan Kim                Attorney: Howard Trapp
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson          U.S. Agent:
U.S. Probation: Carleen Borja         U.S. Marshal: C. Marquez / G. Perez
Interpreter: Sung Woo Yoon            Language: Korean

**PROCEEDINGS: Continued Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>10 years, with credit for time served.</u>
- Court recommendation to the Bureau of Prisons <u>Incarceration at a facility located in the West Coast.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>5 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: