(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM

JUL 10 2007

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| UNITED STATES OF AMERICA, | ( | Criminal Case No. 06-00036 |
|---|---|---|
| Plaintiff, | ) ( ) | NOTICE OF APPEAL |
| vs. | ( ) | |
| DUH WAN KIM, | ( ) | |
| Defendant. | ( | |

------------

Notice is hereby given that Duh Wan Kim, the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of conviction entered in this action on the 29th day of June, 2007.

Dated at Hagåtña, Guam, this 10th day of July, 2007.

/s/ HOWARD TRAPP
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Documents\NoticeofAppeal.DWKim)

ORIGINAL