UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

## CASE INFORMATION:

Short Case Title: **USA vs KIM**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-06-00036**
Date Complaint/Indictment/Petition Filed: **8/30/2006**
Date Appealed order/judgment *entered*: **Judgment filed 6/29/2007 - EOD 6/29/2007**
Date NOA *filed*: **NOA filed 7/10/2007**
Date(s) of Indictment **8/30/2006** Plea Hearing_____ Sentencing **6/27/2007**
COA Status (check one):      □ granted in full (attach order)      □ denied in full (send record)
                              □ granted in part (attach order)      □pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

### *Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **7/10/2007**                    Date Docket Fee Billed:_____
Date FP granted:_____                      Date FP denied:_____
Is FP pending? □ yes  **X** no                         Was FP limited □? Revoked □?
US Government Appeal? □ yes  **X** no
Companion Cases? Please list:_____

### *Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                          Appellee Counsel:
**Howard Trapp Incorporated**               **Karon V. Johnson**
**200 Saylor Building**                      **Assistant U.S. Attorney**
**139 Chalan Santo Papa**                    **Suite 500, Sirena Plaza**
**Hagatna, Guam 96910**                      **108 Hernan Cortez Avenue**
**howardtrapinc@gmail.com**                  **karon_johnson@usdoj.gov**

**X** retained  □ CJA  □ FPD □ Pro Se  □ Other _____    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                 Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____              9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671)473-9138**
marilyn_alcon@gud.uscourts.gov

# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

**MARY L.M. MORAN**
CLERK OF COURT

July 10, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

OFFICE OF THE CLERK
U. S. Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA  94119-3939

**RE:**   **CRIMINAL CASE NO. 06-00036**
      **USA vs Duh Wan Kim**

In reference to the above-entitled cases, enclosed herewith please find the following:

**( X )**     Certified copy of Notice of Appeal, **filed July 10, 2007**

**( X )**     Certified copy of Judgment, **filed June 29, 2007 - EOD 06/29/2007**

**( X )**     Certified copy of Docket Sheet

**( X )**     Notice of Appeal Notification Form

**( X )**     Order for Time Schedule

**(  )**     Other

Please acknowledge receipt on the enclosed copy of this letter.  Thank you.

Sincerely,

*Marilyn B. Alcon*

Marilyn B. Alcon
Deputy Clerk

Enclosure(s)

cc:    Howard Trapp          Karon Johnson