

Rev. 5-10-2007     United States District Court, District of Guam     **FILED**
DISTRICT COURT OF GUAM

# DIGITAL AUDIO RECORDING ORDER

JUL 11 2007

*Read Instructions on Back*     (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

MARY L.M. MORAN
CLERK OF COURT

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| HOWARD TRAPP INCORPORATED | (671)477-7000 | July 10, 2007 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 200 Saylor Building, 139 Chalan Santo Papa, Hagatna | | Guam | 96910 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR 06-00036 | USA v. Duh Wan Kim | 10. FROM 6/27/07 | 11. TO 6/27/07 |

| 12. PRESIDING JUDICIAL OFFICIAL | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Frances M. Tydingco-Gatewood | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- [ ] APPEAL    [XX] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
- [ ] NON-APPEAL    [ ] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [X] SENTENCING | 6/27/07 | | |
| [ ] BAIL HEARING | | | |

17. ORDER

- [ ] FTR Gold Format. Free player software included on CD.
- [XX] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- [ ] MP3 - This format will play using Windows Media Player ™ software, as well as other 3rd party software.
- [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

Media: [XX] CD    [ ] DVD

| NO. CD/DVD(s) | NO. COPIES | COSTS |
|---|---|---|
| | 1 | |
| | | |

CERTIFICATION (18. & 19.)

By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| [signature] | JUL 10 2007 |
| PROCESSED BY B.U. Naples | PHONE NUMBER |

| ORDER RECEIVED | DATE 7/10/07 | BY | DEPOSIT PAID | |
|---|---|---|---|---|
| DEPOSIT PAID | | | TOTAL CHARGES | |
| CD/DVD DUPLICATED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP CD/DVD | | | TOTAL REFUNDED | |
| PARTY RECEIVED CD/DVD | 7/11/07 | [signature] | TOTAL DUE | |

**ORIGINAL**