HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM

JUL 13 2007

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06-00036 |
| Plaintiff, | ) | AGREEMENT |
| | ) | (9th Cir. R. 10-3.2(b)) |
| vs. | ) | |
| DUH WAN KIM, | ) | |
| Defendant. | ) | |

It is agreed that the transcript which Defendant shall order in connection with his appeal from the final judgment of conviction entered in this action on 29 July 2007 is that of the proceedings specified in the transcript order of

(AGREEMENT (9th Cir. R. 10-3.2(b)))
Criminal Case No. 06-00036

which the exhibit hereto annexed is a copy.

      Dated at Hagåtña, Guam, 13 July 2007.

| | |
|---|---|
| *Karon V. Johnson* | *Howard Trapp* |
| KARON V. JOHNSON | HOWARD TRAPP |
| ASSISTANT U.S. ATTORNEY | For HOWARD TRAPP INCORPORATED |
| Attorney for Plaintiff | Attorney for Defendant |

(Agree.9thCir.DWKim)

2

AO435
(Rev. 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

Read Instructions on Back.

| | | |
|---|---|---|
| 1. NAME<br>Howard Trapp Incorporated | 2. PHONE NUMBER<br>(671) 477-7000 | 3. DATE<br>July 10, 2007 |
| 4. MAILING ADDRESS<br>200 Saylor Building; 139 Chalan Santo Papa | 5. CITY Hagatna | 6. STATE Guam   7. ZIP CODE 96910 |
| 8. CASE NUMBER<br>CR-06-00036 | 9. JUDICIAL OFFICIAL<br>Tydingco-Gatewood | DATES OF PROCEEDINGS<br>10. FROM    11. TO |
| 12. CASE NAME<br>USA vs DUH WAN KIM | | LOCATION OF PROCEEDINGS<br>13. CITY Hagatna   14. STATE Guam |

15. ORDER FOR
[X] APPEAL    [X] CRIMINAL    [ ] CRIMINAL JUSTICE ACT    [ ] BANKRUPTCY
[ ] NON-APPEAL    [ ] CIVIL    [ ] IN FORMA PAUPERIS    [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness)<br>ALL WITNESSES | 1, 2, 3, 6 NOV. 06 |
| [X] OPENING STATEMENT (Plaintiff) | 1 NOV. 06 | | |
| [X] OPENING STATEMENT (Defendant) | 1 NOV. 06 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 6 NOV. 06 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [X] CLOSING ARGUMENT (Defendant) | 6 NOV. 06 | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify)<br>MOT. FOR J. OF ACQUITTAL | 3, 6 NOV., 28 DEC. 06 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE | ESTIMATE TOTAL |
| | PROCESSED BY |
| 19. DATE | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY

☆ U.S. GPO: 1994-560-605

EXHIBIT