UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: **USA vs KIM**
Court of Appeals No. (leave blank if a unassigned) **07-10334**
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-06-00036**
Date Complaint/Indictment/Petition Filed: **8/30/2006**
Date Appealed order/judgment *entered*: **Judgment filed 6/29/2007 - EOD 6/29/2007**
Date NOA *filed*: **NOA filed 7/10/2007**
Date(s) of Indictment **8/30/2006** Plea Hearing_____ Sentencing **6/27/2007**
COA Status (check one):  ☐ granted in full (attach order)  ☐ denied in full (send record)
 ☐ granted in part (attach order)  ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **7/10/2007**    Date Docket Fee Billed:_____
Date FP granted:_____    Date FP denied:_____
Is FP pending? ☐ yes  X no    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  X no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:    Appellee Counsel:
**Howard Trapp Incorporated**    **Karon V. Johnson**
**200 Saylor Building**    **Assistant U.S. Attorney**
**139 Chalan Santo Papa**    **Suite 500, Sirena Plaza**
**Hagatna, Guam 96910**    **108 Hernan Cortez Avenue**
**howardtrapinc@gmail.com**    **karon_johnson@usdoj.gov**

X retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____    Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____    9th Circuit Docket Number_____


RECEIVED JUL 23 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM



Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671)473-9138**
marilyn_alcon@gud.uscourts.gov

# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

July 10, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

OFFICE OF THE CLERK
U. S. Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA   94119-3939

RE:   **CRIMINAL CASE NO. 06-00036**
      **USA vs Duh Wan Kim**

In reference to the above-entitled cases, enclosed herewith please find the following:

(X)   Certified copy of Notice of Appeal, **filed July 10, 2007**

(X)   Certified copy of Judgment, **filed June 29, 2007 - EOD 06/29/2007**

(X)   Certified copy of Docket Sheet

(X)   Notice of Appeal Notification Form

(X)   Order for Time Schedule

( )   Other

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosure(s)

cc:   Howard Trapp          Karon Johnson