UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Court of Appeals** |
| | ) | **Docket Number 07-10334** |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | District Court |
| | ) | Docket Number **CR-06-00036** |
| | ) | |
| DUH WAH KIM, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

**CERTIFICATE OF RECORD**

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures. These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals. Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.

JEANNE G. QUINATA, Clerk of Court
DISTRICT COURT OF GUAM

By: _Marilyn B. Alcon_
Deputy Clerk

Dated: September 10, 2007

| | | | | |
|---|---|---|---|---|
| AO435 (Rev. 1/90) | | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE |

# TRANSCRIPT ORDER

*Read Instructions on Back.*

| 1. NAME Howard Trapp Incorporated | 2. PHONE NUMBER (671) 477-7000 | 3. DATE July 10, 2007 | |
|---|---|---|---|
| 4. MAILING ADDRESS 200 Saylor Building; 139 Chalan Santo Papa | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR-06-00036 | 9. JUDICIAL OFFICIAL Tydingco-Gatewood | DATES OF PROCEEDINGS | |
| | | 10. FROM | 11. TO |
| 12. CASE NAME USA vs DUH WAN KIM | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE Guam |

| 15. ORDER FOR | | | |
|---|---|---|---|
| ☒ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) ALL WITNESSES | 1, 2, 3, 6 NOV. 06 |
| ☒ OPENING STATEMENT (Plaintiff) | 1 NOV. 06 | | |
| ☒ OPENING STATEMENT (Defendant) | 1 NOV. 06 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 6 NOV. 06 | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☒ CLOSING ARGUMENT (Defendant) | 6 NOV. 06 | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) MOT. FOR J. OF ACQUITTAL | 3, 6 NOV., 28 DEC. 06 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COST |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *[signature]*

19. DATE 13 JULY 2007

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

**FILED**
DISTRICT COURT OF GUAM
JUL 16 2007
MARY L.M. MORAN
CLERK OF COURT

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 7/16/07 | RSN | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | 7/17/07 wm | | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | TOTAL REFUNDED | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | 9/10/07 wm | | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY